## Commonwealth, Appellant, *v.* Marzullo.

Argued September 18, 1970. *Arlen Specter*, District Attorney, with him *John Rogers Carroll*, Special Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Richard A. Sprague*, First Assistant District Attorney, for Commonwealth, appellant; *Jacob Kalish*, with him *Louis M. Natali, Jr.*, and *Dilworth, Paxson, Kalish, Levy & Coleman*, for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.